IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAM TURNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-0888 |
| § | |
| COMPUTER SCIENCES CORP., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, summary judgment is granted for the defendants. The plaintiff's claims are dismissed with prejudice.

This is a final judgment.

SIGNED on August 1, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge